**Don Benny ANDERSON, Petitioner–Appellant,**

**v.**

**L.E. FLEMING, Respondent–Appellee.**

**No. 03–10457**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2003.

Don Benny Anderson, pro se, Fort Worth, TX, for Plaintiff–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

Don Benny Anderson, federal prisoner # 06260–026, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition for failure to exhaust administrative remedies. Federal prisoners must exhaust "administrative remedies before seeking habeas relief in federal court under 28 U.S.C. § 2241." *Fuller v. Rich,* 11 F.3d 61, 62 (5th Cir.1994). Exceptions to the exhaustion requirement apply "only in 'extraordinary circumstances'" when administrative remedies "are unavailable or wholly inappropriate to the relief sought, or where the attempt to exhaust such remedies would itself be a patently futile course of action." *Id.* (internal quotations omitted).

Anderson has submitted no evidence demonstrating extraordinary circumstances to support his futility claim. Consequently, the district court's dismissal was not an abuse of discretion. *See id.*

AFFIRMED.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.